UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARK VANIER,

           Plaintiff,

   v.

BATTERY HANDLING SYSTEMS, INC.,

           Defendant.
_____/

NO. CIV. S-06-978 LKK/PAN

O R D E R

Pursuant to stipulation of the parties, this matter is REFERRED to the court's Voluntary Dispute Resolution Program (VDRP).

IT IS SO ORDERED.

DATED: June 6, 2006

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT