**FILED**

FEB 09 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK VANIER,<br><br>  Plaintiff,<br><br>vs.<br><br>BATTERY HANDLING SYSTEMS, INC.;<br>TOYOTA MATERIAL HANDLING, U.S.A.,<br>INC.; and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO. 2:06-CV-00978<br><br>Assigned for All Purposes to the<br>Honorable Lawrence Karlton<br><br>ORDER SHORTENING<br>TIME ON MOTION TO EXCLUDE<br>LATE AND IMPROPERLY<br>DESIGNATED EXPERTS OF<br>DEFENDANT BATTERY HANDLING<br>SYSTEMS, INC. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** the Court has reviewed the moving papers and reviewed the arguments as to Plaintiffs' Ex Parte Shorten Time on Motion to Exclude Late and Improperly Designated Experts of Defendant Battery Handling Systems, Inc.

**GOOD CAUSE APPEARING THEREFORE**, the Court sets the follows dates for the hearing for the hearing on the motion for an order Shortening Time on Motion to Exclude Late and Improperly Designated Experts of Defendant Battery Handling Systems, Inc:

The motion shall be heard on  2/23/07  at  10:00 a.m.

Any moving papers in support of the motion shall are deemed filed and served as of

-1-

Case 2:06-cv-00978-LKK-EFB   Document 28   Filed 02/09/07   Page 2 of 2

1  **2/9/07**.

2  Any opposition to the motion shall be filed and served by **2/16/07**.

3  No Reply to the Motion Shall be filed.

5  IT IS SO ORDERED THIS **9** day of February, 2007.

8  By: _[signature]_
    HONORABLE LAWRENCE KARLTON,
9  Eastern District of California

-2-

**[PROPOSED] ORDER SHORTENING TIME ON MOTION TO EXCLUDE
LATE AND IMPROPERLY DESIGNATED EXPERTS OF DEFENDANT**