UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARK VANIER,

          Plaintiff,

   v.

BATTERY HANDLING SYSTEMS, INC.,

          Defendant.
_____/

NO. CIV. S-06-978 LKK/EFB

O R D E R

    The court is in receipt of Battery Handling System's ("defendant") application for an order shortening time to hear defendant's motion to exclude plaintiff's retained expert witness, Dr. John Hancock. Discovery in this matter closes March 11, 2007 and defendant maintains that it has "very little time to complete the depositions of John Hancock, who failed to bring his entire file to deposition on February 28, 2007." Def.'s Ex Party App. for Order Shortening Time, at 1:22-23.

    Pursuant to Local Rule 6-144(e) applications to shorten time shall set forth the circumstances claimed to justify the issuance

1  of an order shortening time.  "Ex parte applications to shorten
2  time will not be granted except upon affidavit of counsel
3  showing a satisfactory explanation for the need for the issuance
4  of such an order and for the failure of counsel to obtain a
5  stipulation for the issuance of such an order from other counsel
6  or parties in the action."  See Local Rule 6-144(e).
7       Here, defendant seeks to have the motion to exclude
8  plaintiff's witness heard before March 11, 2007, which is when
9  discovery closes.  March 11, 2007 is less than three days away.
10 There is simply no way that the court can hear this motion prior
11 to the close of discovery.  Moreover, defendant fails to explain
12 why it waited until now, less than three days prior to the close
13 of discovery, to file an application to shorten time and the motion
14 to exclude.  The court will take the motion to exclude under
15 submission.  If it is necessary to re-open discovery for a limited
16 purpose, the court will address that issue in the order disposing
17 of defendant's motion.
18      Accordingly, the court orders as follows:
19      1.   Defendant's Application for an Order Shortening Time is
20           DENIED.
21      2.   Plaintiff shall file an opposition or a statement of
22           non-opposition to defendant's motion to exclude by March
23           19, 2007.  Reply briefs, if any, shall be filed no later
24           than March 26th, 2007.  At that point, the matter will
25 ////
26 ////

2

1         stand submitted.

2   IT IS SO ORDERED.

3   DATED: March 8, 2007.

                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

3