UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK VANIER,

        Plaintiff,

    v.

BATTERY HANDLING SYSTEMS, INC.,

        Defendant.
_____/

NO. Civ.S-06-978 LKK/EFB

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    Pursuant to a settlement conference in the above-captioned case, this matter has settled. Accordingly, the court now orders that the dispositional documents disposing of the case be filed no later than March 7, 2008.

    All hearing dates heretofore set in this matter are hereby **VACATED.**

////

////

////

1

1  <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2  <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
3  <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
4  IT IS SO ORDERED.
5  DATED: February 12, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2